1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   TONI RUSSELL,                              CASE NO. 12cv2764-LAB (WVG)

12                           Plaintiff,         **ORDER OF DISMISSAL**

          vs.
13   COLLECTION COMPANY OF
     AMERICA,
14
                                Defendant.
15

16

17         Plaintiff has moved *ex parte* for an order dismissing this action with prejudice.

18   Defendant has not filed a responsive motion or otherwise appeared.  Pursuant to Fed. R.

19   Civ. P. 41(a), this action is therefore **DISMISSED WITH PREJUDICE**.  The Court does not

20   retain jurisdiction to interpret or enforce the terms of the parties' settlement agreement.

21

22         **IT IS SO ORDERED**.

23   DATED:  January 12, 2013

24                                         _Larry A. Burns_

25                                         **HONORABLE LARRY ALAN BURNS**
                                           United States District Judge
26

27

28

                                                                              12cv2764